[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-12031

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 14, 2008
THOMAS K. KAHN
CLERK

D.C. Docket No. 06-20442 CR-UUB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DWIGHT MOSS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 14, 2008)**

Before WILSON, COX and BOWMAN,[*] Circuit Judges.

PER CURIAM:

_____

[*]Honorable Pasco M. Bowman II, United States Circuit Judge for the Eighth Circuit, sitting by designation.

The Appellant, Dwight Moss, presents five arguments on appeal: (1) that the district court erred in denying his motion for judgment of acquittal; (2) that the district court erred in denying his motion to suppress and in denying a *Franks* hearing; (3) that the district court abused its discretion by admitting evidence that a bulletproof vest was found in his residence; (4) that the district court incorrectly determined the amount of loss in calculating the advisory guidelines; and (5) that his sentences are unreasonable.

Having considered the briefs and relevant parts of the record, and having heard oral argument, we conclude that Appellant's arguments lack merit. We affirm Appellant's convictions and sentences.

AFFIRMED.